UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA E. COSTON                      JURY TRIAL DEMANDED

v.                                         CASE NO.  3:09CV

NATIONAL CREDIT ADJUSTERS, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. The defendant is a member of a collectors' trade organization, ACA International.

6. Defendant is a debt collector within the FDCPA.

7. On April 24, 2009, defendant mailed plaintiff its initial communication, and included on the reverse thereof its Privacy Notice.

8. In the Privacy Notice, defendant claimed that "As permitted by law, we may share all of this [non-public personal information] with our affiliates as well as third parties . . . with whom we have a joint marketing agreement. . . . You may direct us not to disclose non-public personal information with our affiliates or other third parties by contacting us by letter or phone."

Case 3:09-cv-01524-JCH   Document 1   Filed 09/28/09   Page 2 of 3

9. Defendant misstated the consumer=s rights under 15 U.S.C. ' 1692c, which requires that the consumer grant express permission directly to the debt collector before the debt may be disclosed to anyone other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

FIRST COUNT

10. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or –g.

SECOND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

12. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

2

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
       123 Avon Street
       New Haven, CT 06511-2422
       (203) 772-0395
       faulknerlawoffice@snet.net