UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA E. COSTON

    v.        CASE NO.  3:09CV 1524 (JCH)

NATIONAL CREDIT ADJUSTERS, INC.

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

    THE PLAINTIFF

    BY_____/s/ Joanne S. Faulkner__
    JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395

Certificate of Service

I hereby certify that on November 7, 2009, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    ____/s/ Joanne S. Faulkner___
    JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772 0395
    j.faulkner@snet.net